**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| AUDREY FOX, as Administrator | ) | |
| of the Estate of RUSSELL | ) | |
| CONNIE SURRATT, JR., deceased, | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| Plaintiff, | ) | |
| | ) | _____ |
| v. | ) | |
| | ) | |
| METRO ATLANTA RAPID | ) | |
| TRANSIT AUTHORITY (MARTA), | ) | |
| OFFICER BRIAN ROSSELL, | ) | |
| in his individual capacity, | ) | |
| OFFICER ERNEST WAMOUND CLOUD, | ) | |
| in his individual capacity, | ) | |
| JOHN DOE(S) 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS METROPOLITAN ATLANTA RAPID TRANSIT
AUTHORITY, OFFICER BRIAN ROSSELL AND OFFICER ERNEST
WAMOUND CLOUD'S NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1441-1455

Defendants remove this action from Superior Court of Fulton County, Georgia to

the United States District Court for the Northern District of Georgia, Atlanta

Division.  In support of this Notice of Removal, Defendants aver as follows:

I.    **PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS.**

On December 8, 2025, Plaintiff filed her Complaint in the Superior Court of

Fulton County, Georgia alleging that Defendants MARTA officers shot and killed

Plaintiff's decedent, Russell Connie Surratt, Jr., while leaving the MARTA Station in College Park, Georgia on December 8, 2025.  Plaintiff alleges that Defendants' actions violated Mr. Surratt's federal constitutional rights (under 42 U.S.C. § 1983) as well as his constitutional rights under the laws of Georgia.

## II.    <u>GROUNDS FOR REMOVAL.</u>

Under 28 U.S.C. § 1441, removal is proper because Plaintiff has alleged a violation of a federal law over which the District Court has original jurisdiction.

## III.    <u>THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.</u>

Defendants, because of the allegations in the Complaint, have the power to remove.  The incident alleged occurred in Atlanta, Fulton County, Georgia.  The appropriate venue is the United States District Court, Northern District of Georgia, Atlanta Division.  Defendants' request to remove to United States District Court, Northern District of Georgia, Atlanta Division is timely.  All Defendants request and agree to removal.  After filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the Superior Court of Fulton County, Georgia in accordance with 28 U.S.C. § 1446(d).

True and correct copies of all process, pleadings, and order served on Defendants in the action pending in Superior Court of Fulton County are attached

hereto as **"Exhibit A – Complaint; Exhibit B – Summons; Exhibit C – Answer; and Exhibit D - Notice of Intent to Remove"**.

### IV.    NON-WAIVER OF DEFENSES.

By removing this action from Superior Court of Fulton County, Defendants do not waive any defenses available to them.  By removing this action from the Superior Court of Fulton County, Defendants do not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE**, Defendants remove the above-captioned action from the Superior Court of Fulton County to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 11th day of January, 2026.

James E. Dearing, Jr., P.C.

**/s/ James E. Dearing, Jr.**
James E. Dearing, Jr.
Georgia Bar No. 215090
*Attorney for Defendants MARTA, Rossell and Cloud*

1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
(404) 870-0010
jdearing@jed-law.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **AUDREY FOX, as Administrator** | **)** | |
| **of the Estate of RUSSELL** | **)** | |
| **CONNIE SURRATT, JR., deceased,** | **)** | |
| | **)** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | **)** | |
| | **)** | **_____** |
| **v.** | **)** | |
| | **)** | |
| **METRO ATLANTA RAPID** | **)** | |
| **TRANSIT AUTHORITY (MARTA),** | **)** | |
| **OFFICER BRIAN ROSSELL,** | **)** | |
| **in his individual capacity,** | **)** | |
| **OFFICER ERNEST WAMOUND  CLOUD,** | **)** | |
| **in his individual capacity,** | **)** | |
| **JOHN DOE(S) 1-10,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the forgoing **DEFENDANTS METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY, OFFICER BRIAN ROSSELL AND OFFICER ERNEST WAMOUND CLOUD'S NOTICE OF REMOVAL** with the Clerk of Court using the electronic filing system and via Statutory Electronic Service, properly addressed as follows:

Gabe Banks
Sam Weaver
Payden Grizzle
Banks Weaver LLC
100 Peachtree Street, Suite 2650
Atlanta, GA 30303
gabe@banksweaver.com
sam@banksweaver.com

payden@banksweaver.com

This 11th day of January, 2026.

James E. Dearing, Jr., P.C.

**/s/ _James E. Dearing, Jr._**
James E. Dearing, Jr.
Georgia Bar No. 215090
*Attorney for Defendants MARTA,*
*Rossell and Cloud*

1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
(404) 870-0010
jdearing@jed-law.com